UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARED MATTHEW BARDEN,

    Plaintiff,

v.

PUBLIC HEALTH SEATTLE & KING COUNTY, et al.,

    Defendants.

CASE NO. C17-0313-RSM

ORDER DISMISSING ACTION

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and no Objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for court-appointed counsel (Dkt. #11) is DENIED;

(3) Plaintiff's complaint, and this action, are DISMISSED with prejudice pursuant to 28 U.S.C § 1915(e)(2)(B)(ii);

(4) This dismissal counts as a "strike" under 28 U.S.C. § 1915(g); and

/ / /

/ / /

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 5th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2